Court, Appellate Division, First Department. December 5, 1913.) Action by Frank Pfeffer and another against the Hartford Life Insurance Company. J. T. McGovern, of New York City, for appellant. E. Shelby, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs.

PHELPS, Appellant, v. PHELPS, Respondent. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Susan A. Phelps against John Walter Phelps. No opinion. Appeal dismissed, with $10 costs.

PHELPS, Appellant, v. PHELPS, Respondent. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Susan A. Phelps against John Walter Phelps. No opinion. Order reversed, with $10 costs and disbursements, and motion that supplemental summons issue and supplemental pleadings be made granted, with $10 costs. Appeal to Court of Appeals denied, 144 N. Y. Supp. 1140.

PHELPS, Appellant, v. PHELPS, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Susan A. Phelps against John Walter Phelps. No opinion. Motion for leave to appeal to the Court of Appeals (from 144 N. Y. Supp. 1140, denied.

In re PIERCE. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) In the matter of the application of Margaret Pierce, an inmate of the Utica State Hospital, for discharge, etc. No opinion. Appeal dismissed, and stay vacated, without costs, upon stipulation filed.

PITT, Appellant, v. BOARD OF EDUCATION, Respondent. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Lewis P. Pitt against the Board of Education. E. J. Parsons, of New York City, for appellant. C. McIntyre, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
LAUGHLIN and HOTCHKISS, JJ., dissent.

PLATOU, Respondent, v. PIGUERON, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Carl Platou against William G. Pigueron. No opinion. Judgment and order unanimously affirmed, with costs.

PNEUMATIC SIGNAL CO., Appellant, v. TEXAS & P. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department.

November 12, 1913.) Action by the Pneumatic Signal Company against the Texas & Pacific Railway Company.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 145 App. Div. 904, 129 N. Y. Supp. 1142.
FOOTE, J., not sitting.

PORTER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Laura A. Porter, as administratrix, etc., against the City of New York. No opinion. Motion denied, without costs. See, also, 158 App. Div. 604, 143 N. Y. Supp. 808; 144 N. Y. Supp. 1140.

PORTER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Laura A. Porter, as administratrix, etc., against the City of New York. No opinion. Motion denied, without costs. See, also, 144 N. Y. Supp. 1140.

POSIN v. WILLIAMSBURGH SAVINGS BANK et al. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Mascha Posin against the Williamsburgh Savings Bank and Frank V. Kelly, Public Administrator, etc. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, without prejudice, however, to a renewal upon a case to be made and settled by the trial justice under section 997 of the Code of Civil Procedure.

POST et al., Appellants, v. THOMAS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Edwin M. Post and another against Edward R. Thomas and another. W. G. Wilson, of New York City, for appellants. E. L. Blackman, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 154 App. Div. 934, 139 N. Y. Supp. 1140.

POTTER, Appellant, v. PICTORIAL REVIEW CO., Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Alexander Potter against the Pictorial Review Company. J. A. Hodge, of New York City, for appellant. H. H. Ritterbusch, of New York City, for respondent. No opinion. Judgment affirmed, with costs, on 156 App. Div. 874, 142 N. Y. Supp. 208. See, also, 142 N. Y. Supp. 1140. Order filed.

POWER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Elizabeth W. Power, as administratrix, etc., of Mary Power, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with

costs. Appeal to Court of Appeals denied, 144 N. Y. Supp. 1141.

POWER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by Elizabeth W. Power, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 144 N. Y. Supp. 1140) denied.

PRATT, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Application by Elizabeth T. Pratt against Thomas F. Powers.

PER CURIAM. Order modified, so as to direct the referee to make inquiry as to the circumstances under which this agreement was made and as to its legality and fairness, and report the same to the court with his conclusions, and by striking therefrom the provision vacating and declaring void the agreement between Powers and Elizabeth T. Pratt, and the direction that any moneys found due on the assumption this agreement is void be paid by Powers to Pratt, and reserving determination of the defendant's liability until the coming in of the report. The accounting as directed by the order appealed from shall be taken, if the referee is of the opinion that the agreement should be vacated. As so modified, the order is affirmed, without costs to either party.

PRENDERGAST, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Edward Prendergast against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

RICH and STAPLETON, JJ., dissent.

PRIMROSE, Appellant, v. PRIMROSE, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Esther Primrose against George H. Primrose. No opinion. Judgment affirmed, without costs.

PURITAN PURE FOOD CO. v. STOLL-WERCK BROS. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by the Puritan Pure Food Company against the Stollwerck Brothers. No opinion. Motion granted, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1140.

QUATTRUCCI v. TURNBULL et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Eugenio Quattrucci against Katherine E. Turnbull and another.

PER CURIAM. The explanation given by the plaintiff for failure to bring his action on for trial within the period of more than five years since issue was joined is not sufficient to excuse the delay, within the rule laid down in repeated decisions of this court. Order denying defendants' motion to dismiss the complaint for failure to prosecute reasonably is reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

PUTNAM, J., not voting.

QUINN, Respondent, v. NICHOLS COPPER CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Michael Quinn against the Nichols Copper Company. No opinion. Judgment and order unanimously affirmed, with costs.

RAKOV, Respondent, v. BANKERS' LIFE INS. CO. OF CITY OF NEW YORK. Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Herman Rakov against the Bankers' Life Insurance Company of the City of New York.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the declarations of the insured to the witness Pearlstein were hearsay and incompetent, and so prejudicial as to require a new trial.

MERRELL, J., not sitting.

RAMAPO MFG. CO., Respondent, v. MAPES, Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by the Ramapo Manufacturing Company against Julia Pierson Mapes. No opinion. Judgment and order affirmed, with costs, upon the ground that the verdict that the land was not included in the conveyance by plaintiff is sustained by the weight of evidence and there was no evidence of adverse possession that warranted the submission of that issue. See, also, 156 App. Div. 888, 140 N. Y. Supp. 1142.

RASHKOFF, Respondent, v. ERIE R. R., Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Hyman Rashkoff against the Erie Railroad. W. C. Cannon, of New York City, for appellant. J. Gans, of New York City, for respondent. No opinion. Judgment and order affirmed with costs. Order filed. See, also, 143 N. Y. Supp. 1140.

REDDY, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Bridget Reddy, as administratrix, etc., of John Reddy, deceased, against the Degnon Contracting Company.